# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130672(53)

CZYMBOR'S TIMBER, INC., and
MICHAEL CZYMBOR,
            Plaintiffs-Appellants,

v

CITY OF SAGINAW,
            Defendant-Appellee,
and

SAGINAW CITY COUNCIL and DEBORAH
KIMBLE,
            Defendants.
_____

SC: 130672
COA: 263505
Saginaw CC: 03-050339-CH

On order of the Chief Justice, the motion by defendant-appelllee for extension to November 3, 2006 of the time for filing its brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2006

_____
Clerk